AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Equal Employment Opportunity Commission,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:20-cv-112

St. Joseph's/Candler Health System, Inc.,

Defendant.

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that pursuant to the Jury Verdict entered on January 12, 2023, judgment is entered in favor of Defendant on all claims. This case stands closed.

Approved by: _____

| February 3, 2023 | John E. Triplett, Clerk of Court |
|---|---|
| *Date* | *Clerk* |
| | _____ |
| | *(By) Deputy Clerk* |