IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>ST. JOSEPH'S/CANDLER HEALTH SYSTEM, INC.,<br>        Defendant. | CIVIL ACTION NO.: 4:20-cv-112 |

**O R D E R**

The appeal in the above-styled action having been dismissed on appellant's motion to dismiss by the United States Court of Appeals for the Eleventh Circuit, the Mandate of the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this 4th day of August, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA